ARLIE E. HAYES, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 17, 1950; decided November 22, 1950.

*John P. McGrath, Corporation Counsel* (*Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for appellant.

*Ralph Stout, Herbert G. Kreisberg* and *Bernard Braun* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Dissenting: LEWIS, J.